Bruce W. Brewer, OSB No. 92558
Internet E-mail Address: btownlaw@yahoo.com
419 5th Street
Oregon City, OR 97045
Phone: 503-722-8833
Fax: 503-656-8481
Attorney for plaintiff

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

| | |
|---|---|
| **DARRELL MISTEREK**, | CIVIL CASE NO. 3:06-cv-01214-MA |
| Plaintiff, | ORDER AWARDING ATTORNEY FEES PURSUANT TO THE EQUAL ACCESS TO JUSTICE ACT |
| vs. | |
| **COMMISSIONER,** of Social Security Administration, Defendant. | |

Based upon the stipulation of the parties, it is hereby ORDERED that attorney fees in the amount of $5,379.00, are awarded to Plaintiff's attorney, Bruce Brewer, pursuant to the Equal Access to Justice Act, 28 U.S.C. §§ 2412. The check shall be mailed to Plaintiff's attorney's office: Bruce Brewer, 419 Fifth Street, Oregon City, Oregon 97045. There are no costs or expenses to be paid herein.

DATED this **31** day of **August**, 2007

*Malcolm F. March*
United States District Judge

Submitted by:

Bruce W. Brewer, OSB No. 92558
503-722-8833, Attorney for Plaintiff

1 - ORDER FOR EAJA FEES